IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CALLIE EMMONS** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:19-cv-00235-DMB-JMV**

**C R BARD INCORPORATED** *et al***.** **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court consistent with the court's [36] order staying discovery and continuing all case management deadlines.

IT IS HEREBY ORDERED that certain deadlines in the court's case management order are amended as follows:

1. Plaintiff's experts shall be designated by April 2, 2021;

2. Defendant's experts shall be designated by May 3, 2021;

3. All discovery shall be completed by August 23, 2021;

4. All *Daubert*-type motions shall be filed by October 26, 2021; and

5. All dispositive motions shall be filed by November 26, 2021.

**SO ORDERED** this 17th day of November, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**